[Dovdsm13] [District Order Voluntary Dismissal Chapter 13]

ORDERED.

**Dated: May 21, 2025**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No.
                                                                                                    6:24–bk–01878–GER
                                                                                                    Chapter 13

Dominic Ruby Genao
aka Dominic R. Genao
aka Dominic Genao

_____Debtor*_____/

### ORDER DISMISSING CASE

THIS CASE came on for consideration, upon the Notice of Dismissal filed by Debtor under 11 U.S.C. § 1307. Accordingly, it is

**ORDERED:**

1. This case is dismissed without a discharge

2. Pending Motions and Hearings. All pending motions are denied and all pending hearings are canceled except for the following, over which the Court retains jurisdiction: (a) motions for relief from stay that (i) were scheduled for hearing within 14 days of the date of this Order, or (ii) request an order binding upon the Debtor in subsequently filed cases; (b) any pending order to show cause for dismissal with prejudice; and (c) motions for sanctions arising from alleged violations of the automatic stay.

3. Refund of Undisbursed Plan Payments. Notwithstanding any other Court orders, subject to the provisions of Paragraph 4 and as soon as practicable, the Trustee shall refund to Debtor any undisbursed funds in the Trustee's possession after subtracting (a) any Trustee's Statutory Percentage Fee not previously disbursed, and (b) any allowed unpaid administrative expense claims, including Debtor's attorney's claim for fees, from the amount refunded to Debtor. The Trustee may remit payment to the holders of allowed administrative expense claims directly to the holders.

4. Administrative Expense Claims. Applications for unpaid administrative expense claims, including applications for Debtor's attorney's fees, must be filed no later than 14 days after entry of this Order. Applications may be filed using the negative notice provisions of Local Rule 2004–2. No application is necessary for fees previously awarded by the Court.

5. Examination of Fees. If the Debtor has been represented by an attorney in this case, Debtor, the Trustee, or any party in interest may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

6. Trustee's Final Report. Trustee shall thereafter file the Trustee's final report. Upon filing the final report, the Trustee will be discharged from any further duties in this case

Clerks Office is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

...

*All references to "Debtor" must include and refer to both of the debtors in a case filed jointly by two individuals.